Sandi M. Colabianchi (SBN: 193872)
Valerie L. Smith (SBN: 135837)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054
scolabianchi@gordonrees.com

Proposed Counsel for
PAUL MANSDORF, Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MUHAMMAD IMRAN,<br><br>Debtor. | Case No.: 14-43089 RLE<br>Chapter 7<br><br>**DECLARATION OF SANDI M. COLABIANCHI IN SUPPORT OF APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL (GORDON & REES LLP)**<br><br>Date:    (No Hearing Required)<br>Judge: Hon. Roger L. Efremsky |

I, Sandi M. Colabianchi, declare:

1. I am a partner at the law firm of Gordon & Rees LLP ("G&R").

2. G&R is a large firm that has been serving the California community for over 40 years. As is common in a large firm representing thousands of clients over the years, G&R has represented clients who may have some connection to parties involved in a case. At my direction, G&R has performed a search in its computerized conflict resolution system for all debtors, all creditors and all parties to executory contracts or unexpired leases, as disclosed in the Schedules and Statement of Financial Affairs filed in this case.

Based on our analysis, I am informed and believe that there are no conflicts or other connections between G&R and debtors, creditors or parties in interest, or their attorneys or accountants, or the United States Trustee or any person employed in the Office of the United

1094659/21093826v.1

Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

States Trustee which would impact the retention of G&R under the standards for employment of general bankruptcy counsel as set forth in 11 U.S.C. §327 and §101(14) except as follows:

    (a)    G&R represents Wells Fargo Bank in matters unrelated to this case. Wells Fargo home mortgage is disclosed in the Debtor's schedules as holding a secured claim in the amount of $497,616.00 in connection with a deed of trust against the Debtor's residence.

    (b)    G&R previously represented, but appears to no longer represent, Midland Credit Management, Inc. in matters unrelated to this case. Midland Credit Management Inc. is disclosed in Debtor's schedules as holding general unsecured claims in the amounts of $8,404.21, $1,731.92, $7,209.51, and $10,398.35.

    (c)    G&R previously represented, but appears to no longer represent, Bank of America, in matters unrelated to this case. Bank of America is disclosed in Debtor's schedules as holding a general unsecured claim in the amount of $7,209.51.

3. Based on the above, I am informed and believe that G&R is a disinterested person and holds no interest adverse to the estate.

4. G&R has neither shared nor agreed to share any of the compensation it receives in this case with any person other than to share this compensation among its partners and employees.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and with respect to those matters stated on information and belief, I am informed and believe them to be true. This Declaration was executed in San Francisco, California on this 15th day of October, 2014.

        /s/ Sandi M. Colabianchi
        SANDI M. COLABIANCHI